```
                                    FILED
                              08 AUG 20 PM 4:46
                              CLERK U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury      '08 CR 2793 BTM

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 8, U.S.C., |
|  | ) Sec. 1324(a)(1)(A)(ii) - |
| EMETERIO LOPEZ-LOPEZ, | ) Transportation of Illegal Aliens |
|  | ) Title 18, U.S.C., |
| Defendant. | ) Sec. 111(a)(1) - Assault on a |
|  | ) Federal Officer (Felony) |

The grand jury charges:

<u>Count 1</u>

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Antonio Chavez-Soto, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//
//

CEK:fer:San Diego
8/19/08

## Count 2

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Manuel Guerrero-Resendiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## Count 3

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Reyes-Gutierrez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## Count 4

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Vazquez-Sanchez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 5

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Ubaldo Manriquez-Alcantra, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 6

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fernando Antonio Lopez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 7

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eulelio Jacobo-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

## Count 8

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, namely, United States Department of Homeland Security Border Patrol Acting Supervisory Agent T. Ward, in that defendant EMETERIO LOPEZ-LOPEZ, drove his vehicle into the marked United States Border Patrol vehicle driven by Agent Ward while Agent Ward was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) felony.

## Count 9

On or about August 9, 2008, within the Southern District of California, defendant EMETERIO LOPEZ-LOPEZ did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, namely, United States Department of Homeland Security Border Patrol Supervisory Agent M. Riches, in that defendant EMETERIO LOPEZ-LOPEZ, drove his vehicle into the marked United States Border Patrol vehicle that Agent Riches was traveling in while Agent Riches was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) felony.

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney