UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Emeterio Lopez-Lopez <br> Defendant(s) | CRIMINAL NO. 08cr2793-BTM <br> 08mj2479 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Gerardo Reyes-Gutierrez

DATED: Aug 27, 2008

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
                Deputy Clerk
K. HAMMERLY

RECEIVED 2008 AUG 28 A 11: [illegible] U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082