UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Emeterio Lopez-Lopez<br><br>Defendant(s) | CRIMINAL NO. 08cr2793-BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

ANTHONY J. BATTAGLIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Manriquez-Alcantra

DATED: Aug 27, 2008

RECEIVED 2008 AUG 28 A 11:13 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk
   K. HAMMERLY