| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | A. DALE BLANKENSHIP |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 235960 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 / Fax: (619) 235-2757 |
| | Email: Dale.Blankenship@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2793-BTM |
| | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) | |
| | | ) | |
| 13 | EMETERIO LOPEZ-LOPEZ, | ) | |
| | | ) | |
| 14 | Defendant. | ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18  case.   I certify that I am admitted to practice in this court or authorized to practice under

19  CivLR 83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or

21  authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

22  listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic

23  Filings relating to activity in this case:

24     <u>Name</u> (If none, enter "None" below)

25     None.

26  //

27  //

28  //

1      Effective this date, <u>the following attorneys are no longer associated with this case</u> and

2   should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if

3   the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate

4   this association):

5      <u>Name</u> (If none, enter "None" below)

6      None

7      Please call me if you have any questions about this notice.

8      DATED: September 2, 2008

                                           Respectfully submitted,

                                           KAREN P. HEWITT
                                           United States Attorney

                                           /s/ *A. Dale Blankenship*
                                           A. DALE BLANKENSHIP
                                           Assistant United States Attorney
                                           Attorneys for Plaintiff
                                           United States of America
                                           Email: Dale. Blankenship@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2793-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| EMETERIO LOPEZ-LOPEZ | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. **Ned Lynch nedlynch@aol.com**
2. **Kathryn A. Thickstun Leff ktleff@cox.net**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 2, 2008.

/s/ *A. Dale Blankenship*
A. DALE BLANKENSHIP
Assistant United States Attorney